OPINION — AG — ** FARM MORTGAGE LOANS — SETTING RATES ** THE LEGISLATURE OF THE STATE OF OKLAHOMA HAS THE SOLE AUTHORITY TO SET FORTH THE RATES OF INTEREST TO BE CHARGED ON FARM MORTGAGE LOANS ADMINISTERED BY THE COMMISSIONERS OF THE LAND OFFICE. (PROPERTY, RULES AND REGULATIONS, LEGISLATIVE ACTION, TRUST FUNDS) CITE: OPINION NO. 68-219, 64 O.S. 52 [64-52], ARTICLE XI, SECTION 6, 64 O.S. 100 [64-100] (PAUL C. DUNCAN)